### Ben BECK

### v.

### COMMONWEALTH OF KENTUCKY.

Court of Appeals of Kentucky.

Oct. 21, 1960.

E. R. Gregory, Bowling Green, for appellant.

John B. Breckinridge, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment of the Warren Circuit Court convicting Ben Beck of the offense of posses-

sing alcoholic beverages for the purpose of sale in local option territory and imposing a $75 fine and a 30-day jail sentence.

This Court finds no errors in the case prejudicial to the substantial rights of the defendant.

The motion for an appeal is overruled, and the judgment is affirmed.